DECEMBER 16, 1964

Reap. Dec. 10871.—The A. W. Fenton Co., Inc. *v.* United States, reappraisement R62/3788, etc. Reappraisements dismissed February 18, 1963. Entered at Cleveland, Ohio. (Not published.) Motion by plaintiff.